UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-7362

LEROY FELTON,

Plaintiff - Appellant,

versus

INVESTIGATOR CHUPIK; INVESTIGATOR HATMAN;
CORPORAL EVANS; T. L. STERLING, Investigator,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-00-1889-AM)

Submitted:  March 20, 2003          Decided:  March 25, 2003

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Leroy Felton, Appellant Pro Se.  Harold Phillip Juren, Deputy City
Attorney, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leroy Felton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Felton v. Chupik, No. CA-00-1889-AM (E.D. Va. filed Aug. 21, 2002 & entered Aug. 22, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED